12-689-CR

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 MAR 27 AM 11:17

Keith E. Records

To whom that it may concern,

I am formulating this missive so that I may in return recieve the price of my Pretrial Supression Hearing Records. My Cause NO is 2011-CR-10485, and I attended the 290th District Court. Please send me the price so that I may send the proper amount in return. Thankyou

Sincerely,

Derrick Hunt Tdc# 1817959

Robertson Unit

12071 Fm 3522

Abilene TX 79601

Derrick Hunt TDC# 1817959
Robertson Unit
12071 Fm 3522
Abilene Tx 79601

ABILENE TX 7916

25 MAR 2015 PM 1 L

Cadena-Reeves Justice Center
300 Dolorosa st Rm 3200
San Antonio Tx 78205

FOREVER    USA